# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### WESTERN DIVISION


**WILLIAM A. COX**                                                                     **PLAINTIFF**

**V.**                                         **NO. 4:07CV00088 GH/HDY**

**MICHAEL J. ASTRUE,**
**Commissioner of the**
**Social Security Administration**                                        **DEFENDANT**


## PROPOSED FINDINGS AND RECOMMENDATIONS

### INSTRUCTIONS

The following recommended disposition has been sent to United States District Court Judge

George Howard, Jr.  Any party may serve and file written objections to this recommendation.

Objections should be specific and should include the factual or legal basis for the objection.  If the

objection is to a factual finding, specifically identify that finding and the evidence that supports your

objection.  An original and one copy of your objections must be received in the office of the United

States District Court Clerk no later than eleven (11) days from the date of the findings and

recommendations.  The copy will be furnished to the opposing party.   Failure to file timely

objections may result in waiver of the right to appeal questions of fact.

If you are objecting to the recommendation and also desire to submit new, different, or

additional evidence, and to have a hearing for this purpose before the District Judge, you must, at

the same time that you file your written objections, include the following:

1.      Why the record made before the Magistrate Judge is inadequate.

2.      Why the evidence proffered at the hearing before the District
        Judge  (if such a  hearing is granted)  was not  offered at  the

hearing before the Magistrate Judge.

3.      The detail of any testimony desired to be introduced at the hearing before the District Judge in the form of an offer of proof, and a copy, or the original, of any documentary or other non-testimonial evidence desired to be introduced at the hearing before the District Judge.

From this submission, the District Judge will determine the necessity for an additional evidentiary hearing, either before the Magistrate Judge or before the District Judge.

Mail your objections and "Statement of Necessity" to:

Clerk, United States District Court
Eastern District of Arkansas
600 West Capitol Avenue, Suite 402
Little Rock, AR 72201-3325


## DISPOSITION

The defendant has moved to remand this case for further administrative proceedings pursuant to sentence six of § 205(g) of the Social Security Act, 42 U.S.C. § 405(g). The defendant recites in his motion that a significant portion of the audio tape from the administrative hearing is inaudible. As a result, there is currently no transcript of the hearing. The defendant urges that good cause exists for the case to be remanded to hold another administrative hearing and to issue a new decision. The plaintiff has no objection to the remand of the case, and a remand to cure such a problem is in harmony with the Congressional intent. *See,* H.R. Conf. Rep. No. 944, 96th Cong., 2d Sess. (1980), *reprinted in* 1980 U.S. Code Dong. & Admin. News 1277, 1407.

For good cause shown, we recommend that the defendant's motion to remand pursuant to sentence six of section 205(g) be granted.

IT IS SO ORDERED this __10__ day of April, 2007.

_____
UNITED STATES MAGISTRATE JUDGE