IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**WILLIAM A. COX**                                                                           **PLAINTIFF**

**V.**                           **NO. 4:07CV00088 JMM**

**MICHAEL J. ASTRUE,**
**Commissioner of the**
**Social Security Administration**                                                           **DEFENDANT**

## JUDGMENT

Pursuant to the Order filed in this matter this date, this case is remanded for further proceedings. This is a "sentence six" remand within the meaning of 42 U.S.C. § 405(g) and *Melkonyan v. Sullivan*, 501 U.S. 89 (1991).

IT IS SO ORDERED this 30th day of April, 2007.

UNITED STATES DISTRICT JUDGE