IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**WILLIAM W. COX**                                                            **PLAINTIFF**

**VS.**                                 **CASE NO. 4:07CV00088 JMM**

**MICHAEL J. ASTRUE, Commissioner,**
    **Social Security Administration**                          **DEFENDANT**

**PROPOSED FINDINGS AND RECOMMENDATIONS**

**INSTRUCTIONS**

The following recommended disposition has been sent to United States District Court Judge James M. Moody. Any party may serve and file written objections to this recommendation. Objections should be specific and should include the factual or legal basis for the objection. If the objection is to a factual finding, specifically identify that finding and the evidence that supports your objection. An original and one copy of your objections must be received in the office of the United States District Court Clerk no later than eleven (11) days from the date of the findings and recommendations. The copy will be furnished to the opposing party. Failure to file timely objections may result in waiver of the right to appeal questions of fact.

If you are objecting to the recommendation and also desire to submit new, different, or additional evidence, and to have a hearing for this purpose before the District Judge, you must, at the same time that you file your written objections, include the following:

1. Why the record made before the Magistrate Judge is inadequate.

1

2. Why the evidence proffered at the hearing before the District Judge (if such a hearing is granted) was not offered at the hearing before the Magistrate Judge.

3. The detail of any testimony desired to be introduced at the hearing before the District Judge in the form of an offer of proof, and a copy, or the original, of any documentary or other non-testimonial evidence desired to be introduced at the hearing before the District Judge.

From this submission, the District Judge will determine the necessity for an additional evidentiary hearing, either before the Magistrate Judge or before the District Judge.

Mail your objections and "Statement of Necessity" to:

Clerk, United States District Court
Eastern District of Arkansas
600 West Capitol Avenue, Suite 402
Little Rock, AR 72201-3325

**DISPOSITION**

United States District Judge James M. Moody referred the motion for attorney's fees (docket entry no. 16) to the undersigned for disposition.

On April 2, 2007, the defendant filed a motion to remand this case pursuant to sentence six of section 205(g) of the Social Security Act, 42 U.S.C. §405(g), in order to hold a new hearing because the audio tape of the earlier hearing was inaudible. On April 10, 2007, the undersigned recommended to Judge Moody that the motion to remand be granted. The undersigned erroneously forwarded a Judgment to Judge Moody with the recommendation. On April 30, 2007, Judge Moody adopted the recommendation and entered Judgment in the case.

On remand, the Administrative Law Judge issued a decision favorable to the plaintiff, awarding disability benefits. Counsel for plaintiff filed the motion for attorney's fees pursuant to

the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412 on December 18, 2007, 142 days after the entry of Judgment. The defendant does not object to an award of EAJA attorney's fees, but does question the timeliness of the plaintiff's motion. The defendant notes that the plaintiff has only thirty days following judgment in which to file the motion for EAJA fees. The defendant also notes that judgment is not appropriate when a case is remanded pursuant to sentence six. As previously noted, the Judgment was erroneously entered. As a result, we recommend that the Judgment entered on April 30, 2007, be vacated, the case reopened, and the plaintiff's motion for attorney's fees in the amount of $3,368.75 be granted. We recommend the defendant shall certify said award and pay that amount to plaintiff's attorney, Mr. Alan J. Nussbaum.

    IT IS SO ORDERED this __24__ day of January, 2008.

                                                                               UNITED STATES MAGISTRATE JUDGE