IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**WILLIAM W. COX**                                                                            **PLAINTIFF**

**VS.**                                              **CASE NO. 4:07CV00088 JMM**

**MICHAEL J. ASTRUE, Commissioner,**
    **Social Security Administration**                                     **DEFENDANT**

## ORDER

The Court has received proposed Findings and Recommendations from Magistrate Judge H. David Young. No objections have been filed. After careful review, the Court concludes that the Findings and Recommendations should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects. The Judgment entered on April 30, 2007, is vacated, the case reopened, and the plaintiff's motion for attorney's fees in the amount of $3,368.75 is granted. The defendant shall certify said award and pay that amount to plaintiff's attorney, Mr. Alan J. Nussbaum.

IT IS SO ORDERED this 11th day of February 2008.

_____
UNITED STATES DISTRICT JUDGE