IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**WILLIAM W. COX**  PLAINTIFF

VS.  **CASE NO. 4:07CV00088 JMM**

**MICHAEL J. ASTRUE, Commissioner,**
  **Social Security Administration**  DEFENDANT

# ORDER

The Court has received proposed Findings and Recommendations from Magistrate Judge H. David Young. No objections have been filed. After careful review, the Court concludes that the Findings and Recommendations should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS SO ORDERED this 5th day of May, 2008.

_____
UNITED STATES DISTRICT JUDGE